# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRINCIPAL REAL ESTATE INVESTORS, LLC,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>TAWK DEVELOPMENT, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:15-CV-2218 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Principal Real Estate Investors, LLC v. Tawk Development, LLC*, case number 2:15-cv-02218-JCM-VCF.

On November 24, 2015, plaintiff Principal Global Investors, LLC ("plaintiff") filed a complaint against defendant Tawk Development, LLC ("defendant"). (ECF No. 1). On December 18, 2015, defendant filed a Chapter 11 petition for relief with the United States Bankruptcy Court for the District of Nevada, which automatically stayed this litigation. (ECF No. 8.). Since then, this case has remained inactive.

The court orders defendant to file a status report regarding the bankruptcy proceeding within ten (10) days from the date of this order. Thereafter, defendant shall file a status report every ninety (90) days.

Accordingly,

IT IS SO ORDERED.

DATED March 8, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**