UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PRINCIPAL REAL ESTATE INVESTORS, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>TAWK DEVELOPMENT, LLC,<br><br>Defendant(s). | Case No. 2:15-CV-2218 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Principal Real Estate Investors, LLC v. Tawk Development, LLC*, case number 2:15-cv-02218-JCM-VCF.

On November 24, 2015, plaintiff Principal Global Investors, LLC ("plaintiff") filed a complaint against defendant Tawk Development, LLC ("defendant"). (ECF No. 1). On December 18, 2015, defendant filed a Chapter 11 petition for relief with the United States Bankruptcy Court for the District of Nevada, which automatically stayed this litigation. (ECF No. 8).

On March 8, 2019, this court ordered defendant to file a status report regarding the bankruptcy proceeding. (ECF No. 10). On March 18, 2019, defendant filed a status report stating that plaintiff's claims have been fully satisfied or otherwise released. (ECF No. 11). Defendant also represented that it requested plaintiff to promptly make the necessary dismissal filing. *Id*. To date, plaintiff has not made the necessary filings.

The court will order plaintiff to show cause within forty-eight (48) hours as to why the court should not dismiss this case with prejudice. Failure to comply with this order will result in immediate dismissal under Federal Rule of Civil Procedure 41(b).

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that plaintiff shall show cause within forty-eight (48) hours from the date and time of this order as to why the court should not dismiss this action.

DATED March 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**